IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID O. OLIVER,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:13cv5-MHT
                              )
WARDEN ROBERT HENLINE,        )
et al.,                       )
                              )
    Defendants.               )
```

ORDER

After an independent and de novo review of the file, it is ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The magistrate judge's recommendation (doc. no. 13), to which no objection has been filed, is adopted.

(2) Defendant Elmore County Jail and the claims against it are dismissed.

(3) Defendant Elmore County Jail is terminated as a party.

(4) This case is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 24th day of April, 2013.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**