IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID O. OLIVER,             ) | |
|                              ) | |
|    Plaintiff,                ) | |
|                              ) | CIVIL ACTION NO. |
|    v.                        ) | 2:13cv5-MHT |
|                              ) | (WO) |
| WARDEN ROBERT HENLINE,       ) | |
| et al.,                      ) | |
|                              ) | |
|    Defendants.               ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about events that resulted his being placed in lockdown. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for want of prosecution and failure to comply with a court order. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of August, 2013.

                          /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE